IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Cr. No. 22-00091 SOM |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER REQUIRING ATTENDANCE OF |
| | ) | DEFENDANT DARREN RILEY |
| | ) | |
| vs. | ) | |
| | ) | |
| DARREN RILEY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**ORDER REQUIRING ATTENDANCE OF DEFENDANT DARREN RILEY**

Defendant Darren Riley has twice refused to leave his cell at FDC Honolulu to attend hearings at the courthouse in his revocation proceeding in this case.  In the interest of minimizing the need for the use of force to extract Mr. Riley from his cell for the purpose of attending in-person proceedings at the courthouse, the court sets a telephone hearing for 1:00 p.m. on Tuesday, October 3, 2023, and orders Mr. Riley to participate in that hearing through the use of the prison's telephone system.  Although Mr. Riley will remain at FDC Honolulu while attending the telephone hearing, Mr. Riley's counsel and the Assistant United States Attorney will be physically present with the judge in the courtroom.  The telephone hearing is intended to permit discussion, and at this time this court is not contemplating sentencing Mr. Riley over the telephone.  Any sentencing relating to the revocation proceeding will occur at an in-person hearing in the courthouse, and Mr. Riley will be

detained at FDC Honolulu pending resolution of the revocation matter.  If Mr. Riley refuses to attend the telephone hearing, the court will have no choice but to order the forced extraction of Mr. Riley from his cell for transport to the courthouse for an in-person hearing on another date.

The judge presiding over Mr. Riley's revocation proceeding is aware that Mr. Riley has been charged in a different case, Criminal No. 23-00071, assigned to Judge J. Michael Seabright.  Mr. Riley has refused to attend multiple hearings set in that case.  If, before October 3, 2023, Mr. Riley appears in person for any proceeding in Criminal No. 23-00071, the court's intent is to cancel its October 3 hearing and instead require Mr. Riley to attend an in-person hearing in the revocation proceeding immediately following the hearing in Criminal No. 23-00071.

Staff at FDC Honolulu is asked to deliver a copy of this order to Mr. Riley.  If he refuses to accept a copy of this order, staff at FDC Honolulu is asked to read this order out loud to Mr. Riley.  Staff is also asked to notify this court about whether Mr. Riley has accepted a copy of the order or has had this order read out loud to him.

It is so ordered.

DATED: Honolulu, Hawaii, September 26, 2023.



/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge


*United States v. Riley*, Cr. No. 22-00091 SOM; ORDER REQUIRING ATTENDANCE OF
DEFENDANT DARREN RILEY